DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE K. CLARKE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3405

[January 29, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 502003CF004781A.

Daniel W. Ripley of Ripley Law, PLLC, Pinellas Park, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, SHEPHERD and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***